IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05–02–BU–DWM |
| Plaintiff, | |
| v. | ORDER |
| MYRNA KNUTSON, | |
| Defendant. | |

Defendant Myrna Knutson's unopposed Motion for Early Termination of Supervision is now before the Court. (Doc. 88.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1). Ms. Knutson is commended for the improvements she has achieved.

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 88) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

DATED this 1st day of June, 2021.

Donald W. Molloy, District Judge
United States District Court